Gregory A. Malkin
Gregory A. Malkin P.L.L.C.
2700 North 3rd Street, Suite 2010
Phoenix, AZ 85004
Telephone (602) 266-0081
Facsimile (602) 266-0212
MalkinLegalPractices@gmail.com

Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| SuperMedia LLC | Case No. 2:12-cv-02491-LOA |
| Plaintiff, | |
| vs. | **RESPONSE and OBJECTION to ENTRY of DEFAULT** |
| Law Offices of Malkin and Associates P.L.L.C., Gregory A. Malkin P.L.L.C. | (Contract) |
| Defendants, | |

COMES NOW Defendant(s) Law Offices of Malkin and Associates P.L.L.C., Gregory A. Malkin P.L.L.C. to respectfully moves this Court to deny the Application for Default filed by the plaintiff. Defendants have filed an Answer, therefore the Application for Default should be denied.

Furthermore, Defendants generally deny all allegations contained in the complaint.

WHEREFORE, Defendant(s) requests that this Court:

1. Deny Application for Default filed by the Plaintiff.

Answer

DATED this 8th day of February, 2013,

GREGORY A. MALKIN P.L.L.C.


By:____/s/Gregory A. Malkin____

Gregory A. Malkin
Attorney for Defendants


**ORIGINAL/COPY** of the foregoing e-filed
this 8th day of February, 2013to:

Clerk In The United States District Court For The District Of Arizona
 201 W. Jefferson St.
Phoenix, Arizona 85003

**COPY** of the foregoing mailed
this 8th day of February, 2013to:

Cory Braddock
One Arizona Center
400 East Van Buren
Phoenix, Arizona 85004-2202
Attorney for Plaintiff

By _____S.Malkin__
        Steven A. Malkin

Answer